USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 27 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYLVIE SCHWERDTFEGER, and MICHEL LALOUETTE individually and on behalf of all other persons similarly situated who were employed by DEMARCHELIER MANAGEMENT, INC d/b/a DEMARCHELIER RESTAURANT,<br><br>Plaintiffs,<br><br>- against -<br><br>DEMARCHELIER MANAGEMENT, INC. d/b/a DEMARCHELIER RESTAURANT and/or any other entities affiliated with, controlling, or controlled by DEMARCHELIER MANAGEMENT, INC. and ERIC DEMARCHELIER,<br><br>Defendants. | Docket No.: 10-cv-7557 (KBF)<br><br>STIPULATION AND ORDER OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs, and further that Plaintiffs are barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other state, or local law, for wages, including overtime pay, for the period set forth in the Complaint.

Dated: ~~June~~ 27, 2012
July

*Attorneys for Plaintiffs*

By: _____
Kara Miller, Esq.
**Virginia & Ambinder LLP**
111 Broadway, Suite Suite 1403
New York, New York 10006
(212) 943-9080

*Attorneys for Defendants*

By: _____
Robert V. Ferrari, Esq.
Robert Ferrari, Esq.
630 3rd Ave, 16th Floor
New York, NY 10017
(212)972-7040

14

By: *[signature]*
Jessica Parada, Esq.
Leeds Morelli & Brown, P.C.
1 Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550

So Ordered:  _[signature]_